PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__3rd__ DIVISION

United States Courts
Southern District of Texas
**FILED**

MAY 30 2023

Nathan Ochsner, Clerk of Court

__Damien Jones #91399__
Plaintiff's Name and ID Number

__Brazoria County Detention Center__
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

__J. Allen Associates of Texas  3602 CR.45 Angleton, TX 77515__
Defendant's Name and Address

__Sgt. D. Taylor  3602 CR.45 Angleton, TX 77515__
Defendant's Name and Address

__Capt. Wayne Williams  3602 CR.45 Angleton, TX 77515__
Defendant's Name and Address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned:_____
      6. Disposition: (Was the case dismissed, appealed, still pending?)_____
      7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Brazoria County Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Damien R. Jones #91399
3602 CR. 45
Angleton, TX., 77515

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: J. Allen & Associates of Texas, medical providers, Brazoria County Jail, 3602 CR. 45 Angleton T.X 77515
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Not taking my numerous pleas and request for medical attention seriously or ignoring them.

Defendant #2: Sgt. D. Taylor, grievance officer, Brazoria County Jail, 3602 CR. 45 Angleton T.X 77515
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Ignoring, not replying or redirecting every grievance I filed or attempted

Defendant #3: Capt. Wayne Williams, Captain, Brazoria County Jail, 3602 CR. 45 Angleton TX 77515
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Made no attempts to rectify my situation after being made aware and recieving outside calls. Made no changes in accomodations for disabled.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On Around 3-26-2023 I started putting in request about issues with my sight and facial issues to J. Allen & Assoc. At the Brazoria County Jail. I complained, explained, even pleaded for wks to no avail. My condition got worse while filing numerous request for help I was ignored. Within 6wks. I finally got to the dr. the first time 3½ wks later pronounced legally blind. The next couple of wks. put on a soft diet & discovered I had lost 50% of my swallowing capabilities, All permanent. I only saw clinic here twice-did vita and answered a couple questions. They were even aware of my previous time in ICU stroke Unit. Sgt. Taylor ignored, redirected & only answered 1 grievance during that period. Cpt. Williams came once after my family notified the Sheriff of my situation + Although being made aware did nothing to rectify & only made an attempt after the Jail Commission was notified. They totally disregarded my rights & health.
See South ADA → (No Accomadations for disabled.)
VI. RELIEF:   Violation — In the medical tank

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking relief for the physical disabilities I permanent have incurred due to negligence. $225,000 in damages from J. Allen & Associates of Texas. $30,000.00 each in damages from Cpt. Williams and Sgt. Gregory (No accomadations for disabled in facility)

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Damien R. Jones, TwAck

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1266672

256 12

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

4

   C. Has any court ever warned or notified you that sanctions could be imposed?　____YES　✓ NO

   D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

      1. Court that issued warning (if federal, give the district and division):_____

      2. Case number:_____

      3. Approximate date warning was issued:_____

Executed on: 5-20-2023
DATE

_Jamien Jones_
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __20th__ day of __May__, 20__23__.
          (Day)         (month)    (year)

_Jamien Jones_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
3rd DIVISION

Damien Jones #91399
Brazoria County Detention Center
            v.
J. Allen & Associates of Texas, Srg. D. Taylor, Capt. Wayne Williams
3602 C.R. 45 Angleton T.X, 77515

I. The 3rd Division for the Southern District of Texas, United States District Court has jurisdiction under the United States Constitution, 202 ADA 42 U.S.C. and Sec. 504 of the Rehabilitation Act. Also 28 USC 1331 & 42 U.S.C. 1983. The above court is a proper venue under Sec. 28 U.S.C. 1391(b)(2) because it is where the events giving rise to the claim occurred.

II. On 3-26-2023 I started putting in request about issues with my sight and facial issues to J. Allen & Associates of Texas at the Brazoria County Detention Center. I explained, requested, begged, pleaded and complained for wks., to no avail. My condition worsened day by day, while filing numerous request for help I was put off or ignored. Within a 6 wk. period I finally saw the optomologist after the 1st 3½ weeks & was declared legally blind. The next couple wks. after about 6 wks. I was put on a permanent soft diet, after discovering I had lost 50% of my swallowing capabilities. In that time I only saw the clinic 2 times in which they took vitals & asked a couple questions only. With being aware of my previous time in the ICU Stroke Unit prior. Srgt. Taylor ignored, unanswered, redirected & denied all my

grievances during that period and after. I was unable to grieve any of the jail's actions towards me. Capt. Wayne Williams who is over jail personel, came to see me only once. After my family notified the Sheriff a couple times and threatened to file suit. He was made aware of my condition and situation but did nothing to rectify it. I was placed in a "medical" tank on 4-11-2023 & informed by medical that they have no services or accomodations for the disabled & neither does the medical tank. It is only an isolation tank.

III. I am seeking relief in the amount of $225,000.00 from J. Allen & Associates of Texas in damages. As well as $30,000.00 each in damages from Srgt. D. Taylor and Capt. Wayne Williams, All for the two permanent physical disabilities I have incurred due to their negligence & disregard for my basic human rights & health. I'm seeking injunctive relief from Srgt. D. Taylor and Capt. Wayne Williams for no accomodations for the disabled to this date of 5-23-2023, which is already included in the above amount.

I declare under penalty of perjury all facts

presented in this complaint are true and correct.

May 23rd of 2023

Respectfully,
Damien Jones
Damien Jones #91399
3602 CR. 45
Angleton, TX 77515